IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| WILLIE HARRISON CHISM, SR. | * | |
| PLAINTIFF | * | |
| | * | |
| V. | * | |
| | * | CASE NO. 4:20CV00867 SWW |
| ALLSTATE PROPERTY and | * | |
| CASUALTY INSURANCE | * | |
| COMPANY | * | |
| DEFENDANT | * | |
| | * | |
| | * | |

## ORDER

The parties report that they have settled this case and move for dismissal with prejudice. The joint motion to dismiss [ECF No. 12] is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 24th day of May, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE